| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pappert, Gerald J. | 2. Court or Organization U.S. Court, Eastern District of Pennsylvania | 3. Date of Report 5/6/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual   ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street, Room 5614
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   General Partner | Marza, L.P. |
| 2.   Trustee | Trust No 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Pennsylvania State Employee's Retirement System Defined Benefit Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Pennsylvania State Retirement Benefits | $8,451.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WAUTOSA WIS GO PROM NTS SER | B | Interest | M | T | | | | | |
| 2. APPLE INC NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 3. BOONE CNTY KY SCH DIST FIN CORP SCH | C | Interest | M | T | | | | | |
| 4. CENTRAL GREENE PA SCH DIST GO BDS | B | Interest | M | T | | | | | |
| 5. DISCOVER BK GREENWOOD DEL | A | Interest | K | T | | | | | |
| 6. GOLDMAN SACHS BK USA NY CD | A | Interest | K | T | | | | | |
| 7. GREENFIELD MASS GO MUNI PURP LN SER | A | Interest | | | Redeemed | 02/01/18 | L | | |
| 8. JACKSON CNTY MO REORG SCH DIST NO 01 | B | Interest | M | T | | | | | |
| 9. MERCK & CO INC | A | Interest | | | Redeemed | 05/18/18 | K | A | |
| 10. MORRIS PLAINS NJ SCH DIST | C | Interest | M | T | | | | | |
| 11. MORRIS TWP N J GO BDS | B | Interest | M | T | | | | | |
| 12. MOUNT LEBANON PA GO BDS SER | C | Interest | M | T | | | | | |
| 13. ORACLE CORP BOND CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 14. PARK CITY KANS GO REF BDS SER | B | Interest | M | T | | | | | |
| 15. PFIZER INC NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 16. PHELPS-CLIFTON SPRINGS N Y CENT SCH | B | Interest | | | Redeemed | 06/15/18 | M | | |
| 17. PIKE CNTY KY SCH DIST FIN CORP SCH | C | Interest | | | Redeemed | 11/01/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ROMEO MICH CMNTY SCH DIST GO ULTD TAC SCH | B | Interest | M | T | | | | | |
| 19. SWATARA TWP PA GO BDS SER | B | Interest | | | Redeemed | 10/01/18 | M | A | |
| 20. TOYOTA FINL SVGS BK HEND NV | A | Interest | K | T | | | | | |
| 21. UNIVERSITY NORTHN IOWA UNIV REVS DORM | A | Interest | | | Redeemed | 07/02/18 | K | | |
| 22. WENTZVILLE R-IV DIST MO LEASE | C | Interest | M | T | | | | | |
| 23. AMERICAN EUROPACIFIC GROWTH CLASS F1 | | None | J | T | | | | | |
| 24. AMERICAN EUROPACIFIC GROWTH CLASS F2 | C | Dividend | M | T | | | | | |
| 25. | D | Distribution | | | | | | | |
| 26. CALAMOS MARKET NEUTRAL INCOME CL 1 | D | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 27. | D | Distribution | | | Buy (add'l) | 09/06/18 | L | | |
| 28. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 29. | | | | | Sold (part) | 06/22/18 | J | B | |
| 30. | | | | | Sold (part) | 12/27/18 | N | | |
| 31. CALAMOS MARKET NEUTRAL INCOME CL A | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 32. ISHARES TR JP MOR EM MK EFT | D | Dividend | K | T | Buy | 01/05/18 | K | | |
| 33. | | | | | Sold (part) | 09/05/18 | L | | |
| 34. | | | | | Sold (part) | 11/13/18 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/23/18 | J | | |
| 36. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 37. FIDELITY TOTAL BOND | A | Dividend | J | T | Sold (part) | 02/20/18 | K | | |
| 38. | | | | | Sold (part) | 03/01/18 | J | | |
| 39. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 40. FIDELITY 500 INDEX PREMIUM CLASS | A | Dividend | J | T | Sold (part) | 06/22/18 | J | C | |
| 41. | A | Distribution | | | | | | | |
| 42. FIDELITY TREASURY MONEY MARKET FUND | B | Dividend | M | T | | | | | |
| 43. GATEWAY FUND CLASS A | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 44. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 45. GATEWAY FUND CLASS Y | C | Dividend | N | T | Buy (add'l) | 02/20/18 | K | | |
| 46. | | | | | Buy (add'l) | 09/06/18 | K | | |
| 47. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 48. ISHARE INC CORE MSCI EMERGING MKTS ETF | C | Dividend | O | T | Buy (add'l) | 07/26/18 | J | | |
| 49. | | | | | Buy (add'l) | 12/18/18 | M | | |
| 50. | | | | | Sold (part) | 01/03/18 | J | A | |
| 51. | | | | | Sold (part) | 11/14/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES CORE S&P MID-CAP EFT | D | Dividend | N | T | Buy (add'l) | 11/12/18 | J | | |
| 53. ISHARES CORE S&P SMALL-CAP ETF | B | Dividend | M | T | Sold (part) | 01/16/18 | J | A | |
| 54. | | | | | Sold (part) | 05/18/18 | J | A | |
| 55. ISHARES CORE S&P 500 ETF | F | Dividend | P1 | T | Sold (part) | 01/22/18 | J | C | |
| 56. | | | | | Sold (part) | 02/01/18 | J | B | |
| 57. | | | | | Sold (part) | 03/05/18 | J | C | |
| 58. ISHARES RUSSELL 2000 ETF | C | Dividend | N | T | | | | | |
| 59. ISHARES TR CORE MSCI TOTAL | D | Dividend | M | T | Buy (add'l) | 11/14/18 | L | | |
| 60. | | | | | Sold (part) | 12/18/18 | L | | |
| 61. ISHARES US TECHNOLOGY ETF | A | Dividend | L | T | Sold (part) | 01/03/18 | J | C | |
| 62. | | | | | Sold (part) | 03/28/18 | K | D | |
| 63. MERGER FUND | A | Dividend | J | T | | | | | |
| 64. | A | Distribution | | | | | | | |
| 65. INDEXIQ ETF IQ ARB MERGER ARBITRAGE ETF | | None | N | T | Buy (add'l) | 01/04/18 | J | | |
| 66. PIMCO COMMODITY REAL RETURNS INST | B | Dividend | | | Sold | 09/05/18 | L | | |
| 67. PIMCO COMMODITY REAL RET STRAT ADMIN CL | A | Dividend | | | Sold | 09/05/18 | J | A | |
| 68. ISHARES TIPS BOND ETF | C | Dividend | | | Buy (add'l) | 01/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/04/18 | M | | |
| 70. VANGUARD INDEX FDS VANGUARD TOTAL STK MKT ETF | B | Dividend | M | T | | | | | |
| 71. DOW JONES WILSHIRE 5000 INDEX PORT INVT | A | Dividend | | | Buy (add'l) | 03/06/18 | J | | |
| 72. | | | | | Sold | 07/09/18 | J | B | |
| 73. WELLS FARGO PREMIER LARGE CO GRWTH ADMIN | B | Distribution | J | T | | | | | |
| 74. AMERICAN WASHINGTON MUTUAL INVESTORS F2 | D | Dividend | N | T | Sold (part) | 01/29/18 | J | D | |
| 75. | E | Distribution | | | Sold (part) | 02/20/18 | L | E | |
| 76. | | | | | Sold (part) | 03/05/18 | K | E | |
| 77. | | | | | Sold (part) | 03/28/18 | K | D | |
| 78. | | | | | Sold (part) | 04/13/18 | K | D | |
| 79. | | | | | Sold (part) | 05/29/18 | K | D | |
| 80. EXXON MOBIL CORP (X) | B | Dividend | K | T | | | | | |
| 81. FLBEACH, OC, LLC | B | Distribution | K | U | | | | | |
| 82. ALTOONA NPRE, LP | C | Distribution | L | U | | | | | |
| 83. FIXED ACCOUNT | B | Interest | K | T | | | | | |
| 84. 1 YEAR INDEX FUND S&P500 | D | Interest | M | T | | | | | |
| 85. 1 YEAR INTERNATIONAL INDEX FUND EURO STOCK 500 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. URBAN STORAGE FUND, LP | | None | M | U | | | | | |
| 87. VILLAGE OF CANTERBURY, LP | | None | M | U | | | | | |
| 88. HONEY FARMS MANAGEMENT, LLC | D | Interest | L | U | | | | | |
| 89. PACIRA PHARMACEUTICALS INC | | None | | | Sold | 03/21/18 | J | | |
| 90. ISHARES CORE MSCI EAFE ETF | D | Dividend | N | T | Buy | 03/22/18 | J | | |
| 91. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 92. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 93. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 94. | | | | | Sold (part) | 11/14/18 | M | | |
| 95. FIDELITY INTERM MUNI INCOME | B | Dividend | M | T | Buy | 02/20/18 | K | | |
| 96. | A | Distribution | | | Buy (add'l) | 06/19/18 | M | | |
| 97. HEMPFIELD PA AREA SCHOOL 3/15/2024 | | None | M | T | Buy | 10/01/18 | M | | |
| 98. HURST TEX TAX & WATER & SEWER 08/15/22 | | None | M | T | Buy | 11/06/18 | M | | |
| 99. ISHARES FLOATING RATE EFT | B | Dividend | N | T | Buy | 11/13/18 | M | | |
| 100. | | | | | Buy (add'l) | 11/28/18 | M | | |
| 101. MISSOULA COUNTY MNT HIGH 07/01/2024 | A | Interest | L | T | Buy | 02/20/18 | L | | |
| 102. WESTWOOD HEIGHTS MICH SCHOOL 05/01/2021 | B | Interest | M | T | Buy | 03/28/18 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IQ HEDGE MULTI-STRATEGY TRACKER EFT | | None | N | T | Buy | 12/27/18 | N | | |
| 104. FIDELITY INFLAT-PROT BOND INDEX PREMIUM | A | Dividend | J | T | Buy | 09/06/18 | M | | |
| 105. FIDELITY INFLAT-PROT BOND INDEX FUND | A | Dividend | K | T | Sold (part) | 11/28/18 | M | | |
| 106. MICROSOFT CORP NOTE 11/03/22 | A | Interest | K | T | Buy | 05/22/18 | K | | |
| 107. STATE BK INDIA NEW YORK 3/06/2023 | A | Interest | K | T | Buy | 03/01/18 | K | | |
| 108. FIDELITY TOTAL MARKET INDEX PREMIUM CL | | None | J | T | Buy | 07/10/18 | J | | |
| 109. FIDELTY TOTAL MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 110. | A | Distribution | | | | | | | |
| 111. FIDELITY ADVISOR TOTAL BOND CL Z | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 112. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 113. FIDELITY 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 114. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 5/6/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust No. 1, listed on line 2 of Part I of this Report, is an unfunded Trust.

Line 24 - merged with line 23 on 03/19/18.

Line 26 - merged with line 31 on 03/22/18.

Line 37 - merged with line 111 on 05/24/18.

Line 40 - merged with line 113 on 11/02/18.

Line 43 - merged with line 45 on 04/02/18.

Line 81 - FLBeach, OC LLC was purchased 08/01/2014 $50,000

Line 81 - FL Beach Income coded as a distribution, based on K-1. In the past was coded as Interest

Line 82 - Altoona NPRE, LP was purchased 10/28/2015 $100,000

Line 86 - Urban Storage Fund, LP was purchased 07/03/13 $100,000 & Additional purchase on 04/04/2014 $100,000

Line 87 - Village of Centerbury, LP was purchased 04/12/2012 $150,000

Line 88 - Honey Farms Management, LLC was purchased on 11/04/2016 $100,000

Line 108 - merged with line 109 on 11/02/18.


Line 183 from the 2017 report - asset removed, because it consisted of lines 184, 185, & 186 listed.

Lines 25, 27, 41, 64, 73, 75, 96, 110, 114 Income coded as distributions are Capital Gains.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald J. Pappert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544